THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD FILI.— Motion

Concur — McGivern, J. P., Markewich, Kupferman, McNally and Steuer, JJ.